UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                              Case No. **3:89-cr-074-J-16TEM**
NICOLE RENAE SEWELL                                      **3:08-cr-271-J-16TEM**
_____/

## ORDER REVOKING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on November 13, 2008. The defendant appeared with counsel, James Burke. Also present was the Probation Officer and the Assistant United States Attorney Kevin Frein.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, FINDS that the defendant has substantially and materially violated the terms and conditions of her supervised release and that there is just cause for revocation of defendant's supervised release. It is therefore, **ORDERED AND ADJUDGED**:

1. The Supervised Release provided in the Amended Judgment and Commitment Order entered October 14, 1991 as to the above-named defendant is hereby **REVOKED**.

2. The defendant, **NICOLE RENAE SEWELL**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **NINE (9) MONTHS** in each case to run concurrent. Defendant is to voluntarily surrender no later than November 28, 2008.

3. Upon release from imprisonment, the defendant will be discharged from supervision.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of November, 2008.

JOHN H. MOORE II
United States District Judge

Copies to:   Defense Counsel - James Burke
             Kevin Frein - AUSA
             U.S. Marshal
             U.S. Bureau of Prisons
             U.S. Probation Office